UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

D'ARRIGO BROS. CO. OF NEW YORK, INC.,

                              Plaintiff,

                  -against-

BROADWAY FRUIT MARKET LLC, et al.,

                            Defendants.

------------------------------------------------------------------X

25-CV-06016 (JAV)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2025

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiff filed a complaint on July 22, 2025. ECF No. 1. Two of the three Defendants were served on July 25, 2025, and August 12, 2025. ECF Nos. 10 and 13. To date, Defendants Broadway Fruit Market LLC and Chang Dong Kim have not yet appeared, and their time to respond to the complaint has expired. Plaintiff has not filed an Affidavit of Service for Defendant Hyun Kim. Plaintiff is ORDERED to file a letter by October 10, 2025, indicating whether Plaintiff has served Defendant Hyun Kim, had any contact with any of the Defendants, and whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court and move for default judgment. Plaintiff is further ORDERED to mail a copy of this order to Broadway Fruit Market at its place of business, and to Chang Dong Kim at the address where that defendant was served. Plaintiff shall file proof of such service on the docket.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:       September 30, 2025
                 New York, New York