UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
D'ARRIGO BROS. CO. OF NEW YORK, INC.,          :
: 25-CV-06016 (JAV)
Plaintiff,      :
: <u>ORDER SCHEDULING</u>
-v-           : <u>DEFAULT JUDGMENT</u>
: <u>BRIEFING AND HEARING</u>
BROADWAY FRUIT MARKET LLC,              : <u>ON DEFAULT JUDGMENT</u>
CHANG DONG KIM AND HYUN KIM,            : <u>MOTION</u>
:
Defendants.    :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On October 9, 2025, Plaintiff filed a motion for a default judgment as to Defendants Broadway Fruit Market LLC and Chang Dong Kim ("Defendants") under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(c).  ECF No. 21. On October 17, 2025, Plaintiff "voluntarily dismiss[ed] its claims against defendant Hyun Kim in their entirety, without prejudice and without costs to either side."  ECF No. 27.

A default judgment is a legal ruling that ends the litigation in favor of a plaintiff as a result of a defendant's failure to respond to a complaint.  Should Plaintiff obtain a default judgment, the Court could grant Plaintiff some or all of the relief requested in the Complaint. Defendants could even be determined to be liable to pay money damages to Plaintiff.  If Defendants do not participate in the lawsuit now, they would likely waive their right to raise factual or legal defenses that they may have to Plaintiff's claims.

If Defendants wish to oppose the motion for a default judgment, they must submit opposition papers by **December 1, 2025,** or seek an extension of time by which to submit such papers.  If Defendant Chang Dong Kim does not have an attorney, they can submit opposition

papers as PDFs by email to Pro_Se_Filing@nysd.uscourts.gov. A party who is unable to use email may still submit documents by regular mail to the Daniel Patrick Moynihan Courthouse, Pro Se Intake Unit, 500 Pearl St., Room 205, New York, NY 10007, or in person at the drop box located at the U.S. Courthouse at 500 Pearl Street.

Defendant Broadway Fruit Market LLC is cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendants appear for a hearing on the default judgment motion before this Court on **December 22, 2025**, at **11:30am**, as to why an order should not be issued granting a default judgment against Defendants.

It is further ORDERED that, **within one business day of the date of this Order**, Plaintiff serve Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order. Within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: November 6, 2025
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2