UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                       :

D'ARRIGO BROS. CO. OF NEW YORK., inc.,    :

                     Plaintiff,    :

                                    :          25-CV-06016 (JAV)

      -v-                    :

                                    :             ORDER

BROADWAY FRUIT MARKET LLC, CHANG DONG  :
KIM AND HYUN KIM                 :

                                  :

                  Defendant.    :

                                  :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

For the reasons set forth in the oral opinion delivered at the hearing held on December 22, 2025, Plaintiff's Motion for Default Judgment is GRANTED.

The Clerk of Court is directed to enter judgment against Broadway Fruit Market, LLC and Chang Dong Kim, jointly and severally, in the amount of $32,899.53 in damages for unpaid goods. Furthermore, Plaintiff is awarded attorneys' fees in the amount of $4,946.50, as well as post-judgment interest as provided in 28 U.S.C. § 1961(a).

The Clerk of Court is respectfully directed to close the case and terminate all pending motions.

      SO ORDERED.

Dated: December 22, 2025
      New York, New York                    JEANNETTE A. VARGAS
                                        United States District Judge