**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
D'ARRIGO BROS. CO. OF NEW YORK., Inc,

        Plaintiff,

                                                 25 **CIVIL** 6016 (JAV)

        -against-                              **DEFAULT JUDGMENT**

BROADWAY FRUIT MARKET LLC, CHANG
DONG KIM AND HYUN KIM,

        Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated December 22, 2025, Plaintiff's motion for a default judgment is GRANTED; accordingly, judgment is entered in favor of D'Arrigo Bros. Co. of New York, Inc. against Broadway Fruit Market, LLC and Chang Dong Kim, jointly and severally, in the amount of $32,899.53 in damages for unpaid goods. Furthermore, Plaintiff is awarded attorneys' fees in the amount of $4,946.50, as well as post-judgment interest as provided in 28 U.S.C. § 1961(a), and the case is closed.

**DATED**: New York, New York
           December 29, 2025

                                     **TAMMI M. HELLWIG**
                                       **Clerk of Court**

                      **BY**: _____
                                   **Deputy Clerk**